*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★   ★   ★   ★                                    ★   ★   ★

# MEMORANDUM OPINION

No. 04-08-00906-CR

**IN RE** Kelly Jean **CARDONA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed:   March 25, 2009

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On December 15, 2008, relator Kelly Jean Cardona filed a petition for writ of mandamus, seeking to compel the trial court to rule on relator's pending motions. On February 26, 2009, the trial court signed four orders dismissing the charges pending against relator in the Val Verde County Court. In light of the trial court's action, the complaint presented in relator's petition is now moot. Accordingly, the petition for writ of mandamus is denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 99-1180-CR, styled *The State of Texas v. Kelly Jean Hutchinson*; 01-181-CR, styled *The State of Texas v. Kelly Corder Hutchinson*; 01-261-CR, styled *The State of Texas v. Kelly Cardona;* 01-342-CR, styled *The State of Texas v. Kelly J. Hutchinson,* all pending in the County Court at Law, Val Verde County, Texas, the Honorable Sergio J. Gonzalez presiding. This court has confirmed that the County Court at Law dismissed all cause numbers pending against relator.